

1   Brian Wright, SBN: 156996
    CJ PRODUCTS, LLC
2   E-mail: brian@mypillowpets.com
3   4040 Calle Platino, Unit 123
    Oceanside, California 92056
4   Telephone: (760) 724-7225
5   Facsimile:
    *Attorney for Plaintiff*
6   *CJ PRODUCTS, LLC*

7

8   Brian E. Hennessey SBN: 176075
    EPSTEIN DRANGEL, LLP
9   60 East 42nd Street, Suite 2410
10  New York, NY 10165
    Telephone: 212-292-5390
11  Facsimile: 212-292-5391
12  E-mail: mail@ipcounselors.com
    *Attorney for Plaintiff*
13  *CJ PRODUCTS, LLC*

14

15          UNITED STATES DISTRICT COURT
16          CENTRAL DISTRICT OF CALIFORNIA

17  CJ PRODUCTS, LLC, a California        Case No. CV10 8332 DDP
18  Limited Liability Company,                                    (FFMx)

19          Plaintiff,                    COMPLAINT FOR DAMAGES:

20      vs.                               (1) FEDERAL COPYRIGHT
                                              INFRINGEMENT [17 U.S.C.
21                                            §501(a)];
22  INTERNATIONAL KREATIVE KIDS,          (2) UNFAIR BUSINESS
    INC. d/b/a KREATIVE KIDS INC.; and        PRACTICES [*CALIFORNIA
23  Does 1-10, Inclusive,                     BUSINESS & PROFESSIONS
                                              CODE* §17200];
24          Defendants.                   (3) UNFAIR COMPETITION
25                                            (California Common Law); and
26                                        (4) UNJUST ENRICHMENT
27
                                          DEMAND FOR JURY TRIAL
28

COMES NOW, Plaintiff CJ PRODUCTS, LLC (hereinafter "Plaintiff"), to hereby file its Complaint against INTERNATIONAL KREATIVE KIDS, INC. d/b/a KREATIVE KIDS INC., and Does 1-10, inclusive (collectively "Defendants").

## **PARTIES**

1.    Plaintiff is now, and was at the time of the filing of this Complaint and at all intervening times, a California Limited Liability Company, duly authorized and licensed to conduct business in California, with its principal place of business in California at 4040 Calle Platino, Unit 123, Oceanside, California 92056.

2.    Plaintiff is informed and believes that INTERNATIONAL KREATIVE KIDS, INC. is now, and was at the time of the filing of this Complaint and at all intervening times, a Texas Corporation doing business as KREATIVE KIDS INC. at 161 Mercury Circle Pomona, CA 91768 (hereinafter "KREATIVE KIDS")

3.    The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants herein named as Does 1-10, inclusive, are unknown to Plaintiff. Plaintiff therefore sues said Defendants by such fictitious names. When the true names and capacities of said Defendants have been ascertained, Plaintiff will amend this pleading accordingly.

4.    Plaintiff further alleges that INTERNATIONAL KREATIVE KIDS, INC. d/b/a KREATIVE KIDS INC. and Does 1-10, inclusive, sued herein by fictitious names are jointly, severally and concurrently liable and responsible with the named Defendants upon the causes of action hereinafter set forth.

5.    Plaintiff is informed and believes and thereon alleges that at all times mentioned herein INTERNATIONAL KREATIVE KIDS, INC. d/b/a

1   KREATIVE KIDS INC., and Does 1-10, inclusive, and each of them, were the

2   agents, servants and employees of every other Defendant and the acts of each

3   Defendant, as alleged herein, were performed within the course and scope of that

4   agency, service or employment.

5

6

7                           **JURISDICTIONAL ALLEGATIONS**

8        6.     This Court has Federal subject matter jurisdiction over this matter

9   pursuant to 28 U.S.C. §§1331 and 1338(a) and (b), in that the case arises out of

10  claims for copyright infringement under 17 U.S.C. §501(a); and this Court has

11  supplemental jurisdiction pursuant to 28 U.S.C. §§1367(a) and 1338 (a)(b).

12       7.     Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because

13  on information and belief, a substantial part of the events or omissions giving rise

14  to the claim occurred in this judicial district, and has caused damages to Plaintiff

15  in this district.

16       8.     Personal jurisdiction exists over Defendants because on information

17  and belief, Defendants conduct business in California and in this judicial district,

18  or otherwise avail themselves of the privileges and protections of the laws of the

19  State of California, such that this Court's assertion of jurisdiction over Defendants

20  do not offend traditional notions of fair play and due process.

21                            **GENERAL ALLEGATIONS**

22               **Plaintiff and its Well-Known Gift and Toy Products**

23       9.     Plaintiff is a gift and toy company involved in, among other things,

24  the development, production, sale, and distribution of gift and toy products.  One

25  of the main components of Plaintiff's business encompasses the production, sale

26  and distribution of its distinctive registered MY PILLOW PETS® and MY

27  PILLOW PETS ITS YOUR PILLOW AND A PET, ITS A PILLOW PET®

28  product (cumulatively referred hereinafter as "Marks") that is a combination of a

1  stuffed animal and functional pillow.  Plaintiff's Mark products have achieved

2  great success since their introduction in 2003.

3        10.   The success of Plaintiff's Mark products is due in part to Plaintiff's

4  marketing and promotional efforts, and the use of the highest quality materials and

5  processes in making the product.  These efforts include advertising and promotion

6  through Plaintiff's websites, television publicity, print and other internet-based

7  advertising, at least 500 authorized major retail outlets domestically and abroad,

8  and participation in over 200 trade shows annually, and celebrity charity functions,

9  among other efforts.  Plaintiff has spent substantial time, money and effort in

10  building up and developing consumer recognition, awareness and goodwill in its

11  Mark products.  For example, Plaintiff has spent over One Million Three Hundred

12  and Fifty Thousand Dollars ($1,350,000.00) on media advertising from September

13  2009 to March 2010, over Thirty Thousand Dollars ($30,000.00) on print

14  advertising, and over Twenty-Five Thousand Dollars ($25,000.00) on internet

15  advertising.

16        11.   The success of Plaintiff's Marks, and other related products and

17  services is not due to Plaintiff's promotional efforts alone.  Rather, Plaintiff owes

18  a substantial amount of the success of the Marks to its consumers, and word of

19  mouth buzz consumers have generated.  In fact, a wide array of newspapers,

20  magazines and television networks have featured stories in which parents,

21  children and prominent celebrities have enthusiastically described their love and

22  enjoyment with Mark products.

23        12.   Furthermore, Plaintiff has won several family oriented consumer

24  awards, such as the 2009 iParenting Media Excellent Product Award and the 2009

25  Dr. Toy Best Vacation Product Award, both of which have a substantial market

26  following for credible and objective testing and reviewing.

27        13.   As a result of Plaintiff's efforts, the quality of Plaintiff's products,

28  promotions, and word of mouth buzz, have made its Marks, products, and services

1  prominently placed in the minds of the public. Consumers, purchasers and the
2  members of the public have become familiar with Plaintiff's Mark products and
3  services, and have come to recognize the Marks, products, and services and
4  associate them exclusively with Plaintiff. Plaintiff has acquired a valuable
5  reputation and goodwill among the public as a result of such association. Indeed,
6  the Marks are famous in the United States and are gradually gaining international
7  recognition.

8    14.   In addition to the above, Plaintiff also owns or otherwise controls
9  copyrights in and related to its products. Plaintiff's copyrights protect the entire
10  brand of the Marks, as well as the many works therein.

11    15.   While Plaintiff has gained significant common law trademark and
12  other rights in its Mark products and services through its use, advertising and
13  promotion, Plaintiff has also protected its valuable rights by filing for and
14  obtaining federal trademark and copyright registrations.

15    16.   For example, Plaintiff owns the following U.S. trademark
16  registrations for its Marks: U.S. Reg. Nos. 3762061, 3762062, 77940244,
17  77919743, 77387634, and 77919764 (attached hereto as Exhibits "A").

18    17.   Plaintiff also owns several United States Copyright Registrations
19  relating to its products. For example, Plaintiff owns the following:  Certificate of
20  Registration    numbers:    VA001674376,    VA0001674366,    VA0001674373,
21  VA0001678146,    VA0001674379,    VA0001678132,    VA0001674372,
22  VA001674368,    VA0001678130,    VA0001674374,    VA0001678138,
23  VA0001674377,    VA0001679223,    VA0001678144,    VA0001674371,
24  VA0001678140,    VA0001678142,    VA0001674364,    VA0001679221,
25  VA0001674365,    VA0001665417,    VA0001665418,    VA0001674375,
26  VA0002674370,  as  well  as  numerous  pending  copyrights  (cumulatively
27  hereinafter referred as "Copyrighted Works") (collectively attached hereto as
28

1   Exhibit "B").   A number of the Copyrighted Works are shown in Plaintiff's
2   promotional sheet attached hereto as Exhibit C.

3       18.   Plaintiff has never authorized or consented to the use of its Marks or
4   any confusingly similar marks by Defendant; nor has Plaintiff authorized
5   Defendants to manufacture, copy, sell, or distribute any Copyrighted Works.

6
7                    **Defendants' Wrongful and Infringing Conduct**

8       19.   Particularly in light of the success of Plaintiff and Plaintiff's products
9   as well as the reputation they have gained, Plaintiff and its products have become
10  targets for unscrupulous individuals and entities who wish to take a free ride on
11  both the goodwill, reputation and fame Plaintiff has spent considerable effort to
12  build up in its recognition and the works embodied in Plaintiff's Copyrighted
13  Works.

14      20.   A large number of these individuals and entities deal in infringing
15  products and services, including products related to Plaintiff's Copyrighted Works.
16  Their actions vary and include manufacturing, copying, exporting, importing,
17  advertising, promoting, selling, and distributing infringing and otherwise
18  unauthorized products.

19      21.   Plaintiff investigates and enforces against such activity and through
20  such efforts learned of Defendants' actions, advertising, sales and infringing
21  conduct.   Attached is a Kreative Kids' promotional sheet that markets Animal
22  Folding Pillows. Each and every Animal Folding Pillow identified infringes one
23  or more of Plaintiff's Copyrighted Works (attached hereto as Exhibit "D").
24  Counsel for Plaintiff has purchased at least one unit of Defendants' Animal
25  Folding Pillows and confirmed it is an infringing product.

26      22.   By these sales – and, on information and belief, their other dealing in
27  infringing product (including importing, advertising, displaying, distributing,
28  selling and/or offering to sell infringing product) – Defendants violated Plaintiff's

**COMPLAINT FOR DAMAGES**

exclusive rights in its Copyrighted Works, and uses images and designs that are confusingly similar to, identical to, and/or constitute infringement of Plaintiff's intellectual property to confuse consumers and aid in the promotion and sales of its unauthorized product. Defendants' conduct and use began long after Plaintiff's adoption and use of its Copyrighted Works, after Plaintiff obtained the copyright registrations alleged above, and after Plaintiff's registrations became famous. Indeed, Defendants have knowledge of Plaintiff's ownership of the Copyrighted Works, and of the fame in such, prior to the actions alleged herein, and adopted them in bad faith and with the intent to cause confusion with Plaintiff's products. Neither Plaintiff nor any authorized agents have consented to Defendants' use of Plaintiff's intellectual property.

23.     Defendants' actions were committed in bad faith and with the intent to dilute Plaintiff's Copyrighted Works, and to cause confusion and mistake, and to deceive the consuming public and the public at large as to the source, sponsorship and/or affiliation of any Defendant, and/or Defendants' unauthorized goods. By its wrongful conduct, Defendants have traded upon and diminished Plaintiff's goodwill.

24.     In committing these acts, Defendants have, among other things, willfully and in bad faith committed the following, all of which has and will continue to cause irreparable harm to Plaintiff:    (i) infringed Plaintiff's Copyrighted Works; (ii) misled the public into believing there is an association or connection between Defendants and Plaintiff and/or the products advertised and sold by Defendants and Plaintiff; (iii) used false designations of origin on or in connection with its goods and services; (iv) committed unfair competition; (v) and unfairly profited from such activity. Unless enjoined, Defendants will continue to cause irreparable harm to Plaintiff.

/ / /

/ / /

# FIRST CAUSE OF ACTION

## (Federal Copyright Infringement)

## [17 U.S.C. §501(a)]

25.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-24.

26.    Plaintiff is the exclusive owner of copyrights in and related to its Mark product and related products and possesses copyright registrations with the United States Copyright Office relating to the same, including U.S. Copyright Registration Numbers 1,665,418 (Lady Bug), 1665,417 (Bumble Bee), 1,674,374 (Monkey), 1,679,221 (Turtle), 1,674,372 (Frog), 1,679,223 (Panda), 1,674,343 (Dog), 1,715,270 (Cat), 1,674,371 (Penguin), 1,674,365 (Unicorn) 1,715,250 (Horse), 1,715,275 (Duck), 1,715,280 (Pig), 1,715,248 (Giraffe), 1,674,379 (Dolphin) (*See* Exhibit "B").

27.    Defendants have actual notice of Plaintiff's exclusive copyright rights in the designs.

28.    Defendants did not seek and failed to obtain Plaintiff's consent or authorization to utilize, manufacture, reproduce, copy, display, prepare derivative works, distribute, sell, transfer, rent, perform, and/or market Plaintiff's copyright-protected materials.

29.    Without permission, Defendants intentionally and knowingly reproduced, copied, displayed, and/or manufactured Plaintiff's protected works by offering, advertising, promoting, retailing, selling, and distributing related products which are at a minimum substantially similar to Plaintiff's Copyrighted Works.

30.    Defendants' acts as alleged herein, constitute infringement of Plaintiff's copyright, including Plaintiff's exclusive rights to reproduce, distribute and/or sell such protected material.

31.   Defendants knowing and intentional copyright infringement as alleged herein has caused and will continue to cause substantial and irreparable harm to Plaintiff and has and will continue to cause damage to Plaintiff.  Plaintiff is therefore entitled to injunctive relief, damages, Defendants' profits, increased damages, and reasonable attorney's fees and costs.

## SECOND CAUSE OF ACTION

### (Unlawful, Unfair, Fraudulent Business Practices)

### [*California Business & Professions Code §17200 et seq.*]

32.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-31.

33.   By marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works without authorization, Defendants have engaged in unfair competition including unlawful, unfair and fraudulent business practices in violation of the *California Business and Professions Code §17200 et seq.*

34.   Defendants' marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works without authorization is in violation and derogation of Plaintiff's rights and is likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendants', thereby causing loss, damage and injury to Plaintiff and to the purchasing public.  Defendants' conduct was intended to cause such loss, damage and injury.

35.   Defendants knew or by the exercise of reasonable care should have known that their marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works would cause confusion mistake or deception among purchasers, users and the public.

36.   By marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works, Defendants intended to and did induce and intends to and will induce customers to purchase its products by trading off the extensive goodwill built up by Plaintiff.

37.   Upon information and belief, the conduct of Defendants have been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiff's rights.

38.   Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition.  As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to be determined at trial.  Plaintiff seeks restitution in this matter, including an order granting Defendants' profits stemming from its infringing activity, and its actual and/or compensatory damages.

39.   Plaintiff has no adequate remedy at law for Defendants' continuing violation of its rights set forth above.  Plaintiff seeks preliminary and permanent injunctive relief.

40.   Plaintiff further requests a court order that an asset freeze or constructive trust be imposed over all monies in Defendants' possession which rightfully belong to Plaintiff.

## THIRD CAUSE OF ACTION

### (Unfair Competition)

### [California Common Law]

41.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-40.

42.    By marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works, Defendants have engaged in unfair competition including unlawful, unfair and fraudulent business practices in violation of the common law of the State of California.

43.    Defendants' marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works is in violation and derogation of Plaintiff's rights and is likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendants, thereby causing loss, damage and injury to Plaintiff and to the purchasing public. Defendants' conduct was intended to cause such loss, damage and injury.

44.    Defendants knew or by the exercise of reasonable care should have known that their marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works would cause confusion mistake or deception among purchasers, users and the public.

45.    By marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in Plaintiff's Copyrighted Works, Defendants intended to and did induce and intends to and will induce customers to purchase its products by trading off the extensive goodwill built up by Plaintiff's Copyrighted Works.

46.    Upon information and belief, the conduct of Defendants have been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to

1   deceive, and in disregard of Plaintiff's rights.

2       47.    Defendants' wrongful conduct, as alleged above, has permitted and

3   will permit them to make substantial sales and profits on the strength of Plaintiff's

4   nationwide marketing, advertising, sales and consumer recognition.  As a direct

5   and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff

6   has been and will be deprived of substantial sales of its products in an amount as

7   yet unknown but to be determined at trial, and has been and will be deprived of

8   the value of its trademarks as commercial assets, in an amount as yet unknown but

9   to be determined at trial.  Plaintiff seeks an order granting Defendants' profits

10  stemming from its infringing activity, and its actual and/or compensatory damages.

11      48.    Plaintiff has no adequate remedy at law for Defendants' continuing

12  violation of its rights set forth above.  Plaintiff seeks preliminary and permanent

13  injunctive relief.

14      49.    Plaintiff seeks exemplary or punitive damages for Defendant's

15  intentional misconduct.

16                  **FOURTH CAUSE OF ACTION**

17                      **(Unjust Enrichment)**

18      50.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

19  1-49.

20      51.    By virtue of the egregious and illegal acts of Defendants as described

21  above, Defendant has been unjustly enriched in an amount to proven at trial.

22      52.    Defendants' retention of monies gained through its deceptive business

23  practices, infringement, acts of deceit and otherwise would serve to unjustly enrich

24  Defendant and would be contrary to the interests of justice.

25

26

27

28

1      **WHEREFORE**, Plaintiff CJ PRODUCTS, LLC, prays for judgment

2  against Defendants, inclusive, and each of them, as follows:

3      A. For an award of Defendants' profits and Plaintiff's damages in an

4          amount to be proven at trial for copyright infringement under 17 U.S.C.

5          §501(a);

6      B. In the alternative to actual damages and Defendants' profits pursuant to

7          17 U.S.C. §504(b), for statutory damages pursuant to 17 U.S.C. §504(c),

8          which election Plaintiff will make prior to the rendering of final

9          judgment;

10     C. For restitution in an amount to be proven at trial for unfair, fraudulent

11         and illegal business practices under *Business and Professions Code*

12         §17200;

13     D. For damages to be proven at trial for common law unfair competition;

14     E. For an injunction by this Court prohibiting Defendants from engaging or

15         continuing to engage in the unlawful, unfair, or fraudulent business acts

16         or practices described herein, including the advertising and/or dealing in

17         any infringing product; the unauthorized use of any copyright or other

18         intellectual property right of Plaintiff; acts of copyright infringement;

19         unfair competition; and any other act in derogation of Plaintiff's rights;

20     F. For an order from the Court requiring that Defendants provide complete

21         accountings and for equitable relief, including that Defendants disgorge

22         and return or pay their ill-gotten gains obtained from the illegal

23         transactions entered into and or pay restitution, including the amount of

24         monies that should have been paid if Defendants' complied with their

25         legal obligations, or as equity requires;

26     G. For an order from the Court that an asset freeze or constructive trust be

27         imposed over all monies and profits in Defendants' possession which

28         rightfully belong to Plaintiff;

1      H. For damages in an amount to be proven at trial for unjust enrichment.

2      I. For an award of exemplary or punitive damages in an amount to be

3          determined by the Court;

4      J. For Plaintiff's reasonable attorney's fees;

5      K. For all costs of suit;

6      L. For such other and further relief as the Court may deem just and

7          equitable.

8            **DEMAND FOR JURY TRIAL;**

9      Plaintiff CJ PRODUCTS, LLC, respectfully demands a trial by jury in this

10 action.

11

12 DATED: November 1, 2010        EPSTEIN DRANGEL, LLP

13

14                         By:

15                       Brian E. Hennessey SBN: 176075

16                       60 East 42nd Street, Suite 2410

                           New York, NY 10165

17                       Telephone: 212-292-5390

                           Facsimile: 212-292-5391

18                       E-mail: mail@ipcounselors.com

19

20                       and

21

22                       Brian Wright, SBN:

23                       E-mail: brian@mypillowpets.com

24                       4040 Calle Platino, Unit 123

25                       Oceanside, California 92056

26                       Telephone:  (760) 724-7225

27                       Facsimile:  (760) 757-7846

28

**COMPLAINT FOR DAMAGES**

Jason M. Drangel (*pro hac admission pending*)
EPSTEIN DRANGEL, LLP
60 East 42nd Street, Suite 2410
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
E-mail: mail@ipcounselors.com

**COMPLAINT FOR DAMAGES**

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# MY PILLOW PETS

**Reg. No. 3,762,061**
Registered Mar. 23, 2010

JENNIFER TELFER (UNITED STATES INDIVIDUAL)
4556 MORRO BAY STREET
OCEANSIDE, CA 92057

**Int. Cl.: 28**

FOR: STUFFED AND PLUSH TOYS; STUFFED DOLLS AND ANIMALS; STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**
**PRINCIPAL REGISTER**

FIRST USE 1-0-2007; IN COMMERCE 1-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PILLOW PETS", APART FROM THE MARK AS SHOWN.

SER. NO. 77-387,634, FILED 2-4-2008.

JOHN HWANG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



It's your Pillow and a Pet,              It's a Pillow Pet

**Reg. No. 3,762,062**
Registered Mar. 23, 2010

JENNIFER TELFER (UNITED STATES INDIVIDUAL)
4556 MORRO BAY STREET
OCEANSIDE, CA 92057

**Int. Cl.: 28**

FOR: STUFFED AND PLUSH TOYS; STUFFED DOLLS AND ANIMALS; STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**
**PRINCIPAL REGISTER**

FIRST USE 1-0-2007; IN COMMERCE 1-0-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PILLOW PETS" AND THE PICTORIAL REPRESENTATION OF THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "MY PILLOW" IN PUFFY STYLIZED DESIGN TRIMMED IN BLACK, FOLLOWED BY A FANCIFUL COW IMAGE AND THEN THE WORD "PETS" ALSO IN PUFFY STYLIZED DESIGN TRIMMED IN BLACK. UNDER THE PUFFY TEXT AND COW IMAGE ARE THE WORDS IN MOSTLY LOWER CASE, "ITS YOUR PILLOW AND A PET, ITS A PILLOW PET".

SER. NO. 77-387,642, FILED 2-4-2008.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# VA 1-665-418

**Effective date of
registration:**

March 17, 2009

## Title

**Title of Work:** Untitled (Bumblebee Pillow Pet)

**Contents Titles:** Untitled (Lady Bug Pillow Pet)

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 30, 2008      **Nation of 1st Publication:** United States

## Author

■      **Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** March 17, 2009

**Applicant's Tracking Number:** 6196.0002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-665-417**

**Effective date of registration:**

March 17, 2009

## Title

**Title of Work:** Untitled (Bumblebee Pillow Pet)

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 30, 2008          **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** March 17, 2009

**Applicant's Tracking Number:** 6196.0002

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-674-374**

**Effective date of
registration:**

July 2, 2009

---

## Title

**Title of Work:** MONKEY Pillow Pet

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** November 30, 2004        **Nation of 1st Publication:** United States

## Author

■        **Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** July 2, 2009

**Applicant's Tracking Number:** 6196.0002

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-679-221

**Effective date of
registration:**

July 10, 2009

---

## Title
| | |
|---|---|
| **Title of Work:** | TURTLE Pillow Pet |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | March 31, 2007 | **Nation of 1st Publication:** United States |

## Author
| | |
|---|---|
| **Author:** | CJ Products, LLC |
| **Author Created:** | sculpture/3-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant
| | |
|---|---|
| **Copyright Claimant:** | CJ Products, LLC |
| | 4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States |

## Certification
| | |
|---|---|
| **Name:** | /Philip J. Terry/ |
| **Date:** | July 10, 2009 |
| **Applicant's Tracking Number:** | 6196.0002 |

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-674-372

**Effective date of
registration:**

July 2, 2009

## Title

**Title of Work:** FROG Pillow Pet

## Completion/ Publication

**Year of Completion:** 2004

**Date of 1st Publication:** November 30, 2004 **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** July 2, 2009

**Applicant's Tracking Number:** 6196.0002

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-679-223

**Effective date of registration:**

July 10, 2009

## Title

**Title of Work:** PANDA Pillow Pet

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 31, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** July 10, 2009

**Applicant's Tracking Number:** 6196.0002

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-674-373

**Effective date of
registration:**

July 2, 2009

---

## Title

Title of Work:  DOG Pillow Pet

## Completion/ Publication

Year of Completion:  2004

Date of 1st Publication:  November 30, 2004      **Nation of 1st Publication:**  United States

## Author

■      **Author:**  CJ Products, LLC

Author Created:  sculpture/3-D artwork

Work made for hire:  Yes

Domiciled in:  United States

## Copyright claimant

Copyright Claimant:  CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

Name:  /Philip J. Terry/

Date:  July 2, 2009

Applicant's Tracking Number:  6196.0002

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-715-270

**Effective date of registration:**

April 23, 2010

## Title

**Title of Work:** Cat Open Bottom et al

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 1, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Ste 123, Oceanside, CA, 92056, United States

## Rights and Permissions

**Organization Name:** CJ Products, LLC

**Name:** Brian Wright

**Email:** brian@mypillowpets.com    **Telephone:** 760-724-7225

**Address:** 4040 Calle Platino

Ste. 123

Oceanside, CA 92056  United States

## Certification

**Name:** Brian A. Wright

**Date:** April 22, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-674-371

**Effective date of
registration:**

July 2, 2009

## Title

**Title of Work:** PENGUIN Pillow Pet

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** March 30, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** July 2, 2009

**Applicant's Tracking Number:** 6196.0002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-674-365

**Effective date of registration:**

July 2, 2009

---

## Title

**Title of Work:** UNICORN Pillow Pet

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 30, 2009          **Nation of 1st Publication:** United States

## Author

■  **Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** July 2, 2009

**Applicant's Tracking Number:** 6196.0002

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-715-250

**Effective date of
registration:**

April 22, 2010

## Title

**Title of Work:** Horse plush folding stuffed animal

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 1, 2008          **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Ste. 123, Oceanside, CA, 92056, United States

## Rights and Permissions

**Name:** Brian Wright

**Email:** brian@mypillowpets.com          **Telephone:** 760-724-7225

## Certification

**Name:** Brian Wright

**Date:** April 22, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-715-275

**Effective date of registration:**

April 22, 2010

## Title

**Title of Work:** Duck plush folding stuffed animal

## Completion/ Publication

**Year of Completion:** 2004

**Date of 1st Publication:** November 1, 2004      **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Ste 123, Oceanside, CA, 92056, United States

## Rights and Permissions

**Organization Name:** CJ Products, LLC

**Name:** Brian Wright

**Email:** brian@mypillowpets.com      **Telephone:** 760-724-7225

**Address:** 4040 Calle Platino

Ste. 123

Oceanside, CA 92056 United States

## Certification

**Name:** Brian A. Wright

**Date:** April 22, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-715-280

**Effective date of registration:**

April 23, 2010

---

## Title
**Title of Work:** Pig plush folding stuffed animal

## Completion/ Publication
**Year of Completion:** 2007

**Date of 1st Publication:** March 1, 2007     **Nation of 1st Publication:** United States

## Author
**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Ste. 123, Oceanside, CA, 92056, United States

## Rights and Permissions
**Name:** Brian Wright

**Email:** brian@mypillowpets.com     **Telephone:** 760-724-7225

## Certification
**Name:** Brian Wright

**Date:** April 22, 2010

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-715-248

**Effective date of
registration:**

April 23, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Giraffe plush folding stuffed animal |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | March 1, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| **Author:** | CJ Products, LLC | | |
| **Author Created:** | sculpture/3-D artwork | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | CJ Products, LLC |
| | 4040 Calle Platino, Ste 123, Oceanside, CA, 92056, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | CJ Products, LLC | | |
| **Name:** | Brian Wright | | |
| **Email:** | brian@mypillowpets.com | **Telephone:** | 760-724-7225 |
| **Address:** | 4040 Calle Platino | | |
| | Ste. 123 | | |
| | Oceanside, CA 92056 United States | | |

## Certification

| | |
|---|---|
| **Name:** | Brian A. Wright |
| **Date:** | April 22, 2010 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-674-379

**Effective date of registration:**

July 2, 2009

---

## Title

**Title of Work:** Dolphin Pillow Pet

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 30, 2008        **Nation of 1st Publication:** United States

## Author

**Author:** CJ Products, LLC

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

**Name:** /Philip J. Terry/

**Date:** July 2, 2009

**Applicant's Tracking Number:** 6196.0002

---

# EXHIBIT C



Alli Alligator    Mr. Bear    Icy Polar Bear    Buzzy Bumble Be    Mr. Tiger

Cuddly Bunny    Fluffy Bunny    Thumpy Bunny    Ms. Sassy Cat    Tardy Turtle

Cozy Cow    Fiery Dalmatian    Patriotic Pup    Snuggly Puppy    Magical Unicorn

Squeaky Dolphin    Puffy Duck    Nutty Elephant    Friendly Frog    Splashy Whale

Jolly Giraffe    Hungry Hippo    Sir Horse    Krissy Koala    Zippity Zebra

Ms. Lady Bug    Lovable Lamb    Cowardly Lion    Silly Monkey

Chocolate Moose    Comfy Panda    Perky Penguin    Wiggly Pig

# EXHIBIT D

# ANIMAL FOLDING PILLOWS

Cute and cuddly, these animal pillows folds up to become adorable stuffed animals!
Ultra soft and hypoallergenic, they are great for all ages!!  Size: 18" x 14"



# FOLDING PILLOWS CONT.

## SOFAS



6316   6311   6318



SF0321

SF0322

SF0324

## POCKET GLOVES

The mouths have zipper pockets that open up to store your goodies!



1202   1201

## CUSHION BALLS

Multi purpose round cushions for playing, sleeping, or snuggling with!

6021   6027

6026   6024   6025



11

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

CJ PRODUCTS LLC

**DEFENDANTS**

INTERNATIONAL KREATIVE KIDS, INC. dba KREATIVE KIDS and Does 1- 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Brian Hennessey   SBN: 176075
Epstein Drangel LLP
60 East 42nd Street, Suite 2410, NY, NY 10165 212-292-5390

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes  ☐ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $ unliquidated dmgs.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Federal copyright infringement, 17 USC 501, et seq and related unfair competition claims. Infringement of plush animal toy.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | PERSONAL INJURY | PERSONAL PROPERTY | | |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10  8332

**FOR OFFICE USE ONLY:**   Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | San Diego county |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles county |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date   11/1/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |